**UNITED STATES BANKRUPTCY COURT**
**FOR THE EASTERN DISTRICT OF VIRGINIA**
**ALEXANDRIA DIVISION**

| | | |
|---|---|---|
| In re: | : | |
| | : | |
| **SYSTEMS AND SOFTWARE** | : | Case No. **11-13894 RGM** |
| **CONSORTIUM, IN** | : | Chapter 7 |
| | : | |
| Debtor(s). | : | |

### ORDER PURSUANT TO NOTICE OF FILING OF TRUSTEE'S FINAL REPORT AND ACCOUNT BEFORE DISTRIBUTION, APPLICATIONS FOR COMPENSATION AND REIMBURSEMENT OF EXPENSES AND FIXING TIME FOR REQUESTING A HEARING THEREON

The Trustee having filed her final report and account, and an opportunity for hearing having been given to all creditors and other parties in interest, and the Court having thereafter duly examined and considered all applications for compensation and reimbursement of expenses; it is therefore

**ORDERED** that reasonable compensation for actual and necessary services rendered or reimbursement of actual and necessary expenses incurred are hereby awarded or allowed pursuant to 11 U.S.C. §330(a), 503(b)(2) or 503(b)(4), as follows:

| APPLICANTS | COMMISSIONS/FEES | EXPENSES |
|---|---:|---:|
| Janet M. Meiburger, Trustee | $8,818.54 | $963.76 |
| The Meiburger Law Firm, P.C., Trustee's Firm Legal | $995.00 | $0.00 |
| BARRY STRICKLAND & COMPANY, Trustee's Accountant | $10,514.17 | $145.04 |

It is further **ORDERED** that the compensation of the Trustee may be increased to include commissions earned on interest accrued through the date of distribution.

It is further **ORDERED** that the balance of funds in the Trustee's possession is to be paid in accordance with the Final Report and Account.

DATED: Sep 24 2013

/s/ Robert G. Mayer
Robert G. Mayer
United States Bankruptcy Judge

Entered on Docket: September 26, 2013

I ASK FOR THIS:

/s/ Janet M. Meiburger
The Meiburger Law Firm, P.C.
1493 Chain Bridge Rd, Ste 201
McLean, VA  22101
(703) 556-9404

**NOTICE OF JUDGMENT OR ORDER ENTERED ON DOCKET:**

_____

/s/ Jack I. Frankel
Jack I. Frankel, Esq.
Office of the U.S. Trustee
115 S. Union Street, #P210
Alexandria, VA  22314
(703) 557-7176

## CERTIFICATE OF MAILING

The undersigned deputy clerk of the United States Bankruptcy Court for the Eastern District of Virginia hereby certifies that a copy of this order was mailed this date to the parties set forth above.

DATED: _____     _____